1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT JOHNSON,

11          Plaintiff,              No. CIV S-11-00064 WBS KJN (TEMP) PS

12      vs.

13   EL DORADO LIQUORS, INC., et al.,

14          Defendants.            ORDER

15   _____/

16          This action was referred to the undersigned under Local Rule 302(c)(21).  On May

17   4, 2011, defendants John Segall and Reva Segall filed motions to stay the action.  Those motions

18   were also referred to the undersigned.  Defendants invoke provisions of the California Civil Code

19   which allow for early evaluation conferences in actions where construction-related accessibility

20   claims are made and where the subject site has been inspected by a Certified Access Specialist

21   ("CASp").  See Cal. Civil Code, §§ 55.51, et seq.  The Federal Rules of Civil Procedure govern

22   the instant action, not California procedures.  While an inspection by a CASp may be relevant to

23   settlement negotiations in this matter, it does not appear a stay at this juncture is warranted.

24   ////

25   ////

26   ////

                                    1

1          Accordingly, IT IS HEREBY ORDERED that defendants' motions to stay (dkt.

2   nos. 16, 17) are denied.

3   DATED:  June 6, 2011

4

5                                          _____
                                           KENDALL J. NEWMAN
6                                          UNITED STATES MAGISTRATE JUDGE

7   johnson-eldorado.stay.kjn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26