IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,               No. CIV S-11-0064 WBS CKD PS

      vs.

EL DORADO LIQUORS, Inc.

      Defendants.          <u>ORDER</u>

_____/

      Defendants Eric and Jodie Hokenson have moved to set aside the defaults entered against them in this action. Plaintiff has filed a statement of nonopposition.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The motion to set aside defaults (dkt. no. 39) is granted.

      2. The Clerk's entry of default (dkt. no. 14) against defendants Eric and Jodie Hokenson is stricken.

      3. The Clerk of Court shall docket the answer filed by defendants Eric and Jodie Hokenson (dkt. no. 33-7).

/////

/////

/////

1

4. The October 5, 2011 hearing on the motion to set aside default is vacated. The status conference set for October 5, 2011 shall remain on calendar.

Dated: August 25, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-eldorado.def