SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-00064-WBS-CKD** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF LARRY ARROYO** |
| vs. | ) |
| El Dorado Liquors, Inc., et al | ) Case to Remain Open with Remaining Defendants |
| Defendants | ) |

IT IS HEREBY ORDERED THAT Defendant Larry Arroyo is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

Date: August 25, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00064-WBS-CKD - 1