SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>El Dorado Liquors, Inc., et al<br><br>　　　　Defendants | Case No.: CIV.S 11-cv-00064-WBS-CKD<br><br>**STIPULATION AND PROPOSED ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270 (b)** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that this action, in which Defendants, El Dorado Liquors Inc., Jodie M. Hokenson, Eric Algoth Hokenson, John B. Segall and Reva A. Segall also consent to an early settlement conference before Magistrate Judge Carolyn K. Delaney who is the assigned Magistrate Judge in this action and hereby waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

1

| | |
|---|---|
| Dated: October 8, 2011 | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON,<br>Attorney for Plaintiff |
| Dated: October 20, 2011 | /s/Susan Groce_____<br>El Dorado Liquors, Inc.,<br>Defendant in Pro Per |
| Dated: November 8, 2011 | /s/Michael Eugene Platt_____<br>Michael Eugene Platt<br>Attorney for Defendants,<br>Jodie M. Hokenson<br>Eric Algoth Hokenson |
| Dated: October 11, 2011 | /s/John B. Segall_____<br>John B. Segall,<br>Defendant in Pro Per |
| Dated: October 11, 2011 | /s/Reva A. Segall_____<br>Reva A. Segall,<br>Defendant in Pro Per |

**IT IS SO ORDERED**.

Dated: November 15, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE
CIV: S-11-cv-00064-WBS-CKD