SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 11-cv-00064-WBS-CKD |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270 (b)** |
| vs. | |
| El Dorado Liquors, Inc., et al | |
| Defendants | |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that this action, in which Defendants, El Dorado Liquors Inc., Jodie M. Hokenson, Eric Algoth Hokenson, John B. Segall and Reva A. Segall also consent to an early settlement conference before Magistrate Judge Carolyn K. Delaney who is the assigned Magistrate Judge in this action and hereby waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

Dated: October 8, 2011                    /s/Scott N. Johnson_____

                                          SCOTT N. JOHNSON,
                                          Attorney for Plaintiff


Dated: October 20, 2011                   /s/Susan Groce_____

                                          El Dorado Liquors, Inc.,
                                          Defendant in Pro Per


Dated: November 8, 2011                   /s/Michael Eugene Platt_____

                                          Michael Eugene Platt
                                          Attorney for Defendants,
                                          Jodie M. Hokenson
                                          Eric Algoth Hokenson


Dated: October 11, 2011                   /s/John B. Segall_____

                                          John B. Segall,
                                          Defendant in Pro Per


Dated: October 11, 2011                   /s/Reva A. Segall_____

                                          Reva A. Segall,
                                          Defendant in Pro Per


**IT IS SO ORDERED**.


Dated: November 15, 2011

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER RE: CONSENT TO EARLY SETTLEMENT CONFERENCE AND
NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE
CIV: S-11-cv-00064-WBS-CKD