SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff;<br><br>    vs.<br><br>El Dorado Liquors, Inc. et al,<br><br>        Defendants.<br><br><br>John B. Segall,<br><br>        Cross-Claimant;<br><br>    vs.<br><br>Scott N. Johnson,<br><br>        Cross-Defendant. | Case No.2: **11-cv-00064-WBS-CKD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Plaintiff's Complaint and Defendant's Cross-Claim and Request the Court to Retain Jurisdiction** |

1
2
3
4

IT IS HEREBY ORDERED THAT that this action and the Cross-Claim be and are hereby dismissed **WITH** prejudice in its entirety pursuant to FRCP 41(a)(2) and the Court retains jurisdiction for fourteen months from date hereof in order to enforce the terms of the Settlement Agreement.

Date: March 12, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE