SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, | Case No.2: **11-cv-00064-WBS-CKD** |
|          Plaintiff; | **ORDER RE: STIPULATION FOR DISMISSAL** |
|     vs. | |
| El Dorado Liquors, Inc. et al, | **Dismissal of Plaintiff's Complaint and Defendant's Cross-Claim and Request the Court to Retain Jurisdiction** |
|          Defendants. | |
| | |
| John B. Segall, | |
|          Cross-Claimant; | |
|     vs. | |
| Scott N. Johnson, | |
|          Cross-Defendant. | |

IT IS HEREBY ORDERED THAT that this action and the Cross-Claim be and are hereby dismissed **WITH** prejudice in its entirety pursuant to FRCP 41(a)(2) and the Court retains jurisdiction for fourteen months from date hereof in order to enforce the terms of the Settlement Agreement.

Date: March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE